Martin F. Brown and Catherine Brown, Plaintiffs-Appellees, v. Farmers Automobile Insurance Association, an Illinois Corporation, Defendant-Appellant.

Gen. No. 68–127.

Second District.

February 25, 1969.

O'Brien, Burnell, Puckett and Barnett, and Peter K. Wilson, Jr., of Aurora, for appellant; Mackenzie, Vescelus, Leetz and Perry, of Wheaton, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.